Petition for Writ of Mandamus Denied and Memorandum Opinion filed May
12, 2005









Petition for Writ of Mandamus Denied and Memorandum
Opinion filed May 12, 2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00434-CV

____________

 

IN RE NEWTON B. SCHWARTZ, SR., Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On May 4, 2005, relator
filed a petition for writ of mandamus in this court.  See Tex.
Gov=t. Code Ann. ' 22.221 (Vernon 2004); see also Tex. R. App. P. 52.  Relator complains
of the trial court=s failure to rule on objections to evidence supporting the
motion for partial summary judgment of real party in interest, and the trial
court=s denial of severance.  Relator also
complains of several issues already raised in appellant=s pending appeal.

Because we find relator has an
adequate remedy by appeal, relator is not entitled to
mandamus relief.  Accordingly, we deny relator=s petition for writ of mandamus. 

PER CURIAM

 

Petition Denied
and Memorandum Opinion filed May 12, 2005.

Panel consists of
Justices Yates, Anderson, and Hudson.